

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

February 13, 2024

Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    **Re:   Missed Call, LLC v. Twilio, Inc, Civ. No. 22-742-CFC**
           **February 16, 2024, 3:00pm In Person Conference**

Dear Judge Connolly:

    For reasons set forth in the attached letter, Plaintiff is requesting a new date for the February 16, 2024 hearing set for 3:00pm.  Should you need anything further, please contact my office at your convenience.

                Very truly yours,

                **CHONG LAW FIRM, P.A.**

                */s/ Jimmy Chong*
                Jimmy Chong, Esquire

JC\
Enclosures

---

| WILMINGTON, DE | LANSDALE, PA | PHILADELPHIA, PA |
| :---: | :---: | :---: |
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **NO MAIL SERVICE** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | **MEETING LOCATION** |
| Wilmington, DE 19808 | Lansdale, PA  19446 | 1845 Walnut Street, Suite 1300 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM