

February 13, 2024


Chief Judge Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555


      **Re:** *Missed Call, LLC v. Twilio, Inc., Civ. No. 22-cv-00742-CFC*


The Honorable Colm F. Connolly,

     Plaintiff's counsel respectfully requests that the hearing set for 3:00 pm on February 16, 2024, be reset because Plaintiff's counsel is required to be in Houston, Texas at 7:45 a.m. for a scheduled procedure. Local counsel, Mr. Chong, and I spoke with Chambers this morning concerning the event and we were told to file a letter on the docket to raise the issue with the Court. A further scheduled procedure is set for the following week on February 23. Therefore, Plaintiff requests the hearing is not rescheduled for the following week.

     Plaintiff provided limited details to Chambers during the phone call this morning and can provide any information the Court requests. The requested reset is in the interests of justice and not for purposes of delay.

                                  Sincerely,

                                    _____

                                  William P. Ramey, III

713-426-3923
www.rameyfirm.com

5020 Montrose Blvd., Suite 800
Houston, TX 77006